**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6329**

———————

In Re: WILLIAM T. DAVIS, JR.,

Petitioner.

———————

On Petition for Writ of Mandamus.
(CR-97-682, CA-99-2192-4-12)

———————

Submitted:  March 20, 2001          Decided:  March 26, 2001

———————

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Petition denied as moot by unpublished per curiam opinion.

———————

William T. Davis, Jr., Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William T. Davis, Jr., filed a petition for a writ of mandamus alleging undue delay in the district court in acting upon his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. The district court has entered a final order denying relief on Davis' § 2255 motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

PETITION DENIED AS MOOT

2